```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 13-02346-RNO
Paul Vincent Dominick                                           Chapter 13
Barbara Jean Dominick
        Debtors
                         **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: CKovach            Page 1 of 1            Date Rcvd: Apr 12, 2017
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db/jdb       +Paul Vincent Dominick,    Barbara Jean Dominick,    100 Sarkuni Avenue,
              Harrisburg, PA 17110-9553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
          Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
           Bkmail@rosicki.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Joint Debtor Barbara Jean Dominick DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Dorothy L Mott    on behalf of Debtor Paul Vincent Dominick DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
           bkmail@rosicki.com
          Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAUL VINCENT | : | |
| DOMINICK  BARBARA JEAN | : | CASE NO. 1:13-bk-02346-RNO |
| DOMINICK | : | |
| fdba Dominick's Antiques | : | |
| Debtors | : | |

### ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtors are granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

Dated: April 12, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)