```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 13-02346-RNO
Paul Vincent Dominick                                                   Chapter 13
Barbara Jean Dominick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach            Page 1 of 1            Date Rcvd: Feb 23, 2018
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
                +First National Bank,    Att Vincent J Delie Jr CEO,   One North Shore Center,
                  12 Federal Street,    Pittsburgh, PA 15212-5752
4311059         +METRO BANK CORPORATE OFFICE,    3801 PAXTON STREET,   PO BOX 4999,    HARRISBURG, PA 17111-0999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Andrew  Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Barbara Jean Dominick DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Paul Vincent Dominick DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAUL VINCENT DOMINICK | : | |
| BARBARA JEAN DOMINICK | : | CASE NO. 1:13-bk-02346 |
| fdba Dominick's Antiques, | : | |
|     Debtors | : | |
| | : | |
| PAUL VINCENT DOMINICK | : | |
| BARBARA JEAN DOMINICK | : | |
| fdba Dominick's Antiques, | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| METRO BANK, fka Commerce | : | |
| Bank/Harrisburg, N.A., now by merger | : | |
| or acquisition, FIRST NATIONAL | : | |
| BANK, subsidiary of F.N.B. Corporation, | : | |
|     Respondent | | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby

ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of Metro Bank, fka Commerce Bank/Harrisburg, N.A. in the approximate amount of $3,000.00 entered in Dauphin County at docket number # 2009 CV 10942 be and hereby is avoided; it is further

ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: February 23, 2018          By the Court,

*[signature: Robt N. Opel II]*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)